**Earnings Statement**                                                                                                              **DAVID LARMOUR**

Pay Date:        05/14/2021          Company: 0K359 - VDART INC                           Emp #: A1GU
Period Start:    04/16/2021          11180 STATE BRIDGE RD SUITE 302                      Dept: 00100 - Home
Period End:      04/30/2021          ALPHARETTA  GA  30022    (678) 685-8650              Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 47.79 | 88.00 | 4205.52 | 26762.40 |
| **Gross** |  | 88.00 | 4205.52 | 26762.40 |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 450.42 | 3005.27 |
| Medicare | | | 56.71 | 379.51 |
| Social Security | | | 242.48 | 1622.75 |
| Georgia State W/H(H/0) | | | 204.07 | 1359.29 |
| **Deductions** | | | | |
| Dental and Vision Deduction | | | 27.39 | 54.78 |
| Health Pre Tax | | | 267.12 | 534.24 |
| **Net Pay** | | | 2957.33 | 19806.56 Voucher No. 26255DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2957.33 | 19806.56 A/C:4748 |

---

Voucher No. 26255DD

VDART INC
11180 STATE BRIDGE RD                    DATE: 05/14/2021
ALPHARETTA, GA    30022

Dept: 00100

**Net Pay:**                                                                                                 **2957.33**

Two Thousand Nine Hundred Fifty Seven And 33/100 Dollars

DAVID LARMOUR
2690 SUWANEE LAKES TRAIL                                          **For Record Purposes Only**
SUWANEE, GA  30024                                                **\*\*NON-NEGOTIABLE\*\***

| Pay Date: | 04/30/2021 | Company: 0K359 - VDART INC | Emp #: A1GU |
| Period Start: | 04/01/2021 | 11180 STATE BRIDGE RD SUITE 302 | Dept: 00100 - Home |
| Period End: | 04/15/2021 | ALPHARETTA  GA  30022  (678) 685-8650 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 47.79 | 88.00 | 4205.52 | 22556.88 |
| **Gross** | | 88.00 | 4205.52 | 22556.88 |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 450.42 | 2554.85 |
| Medicare | | | 56.71 | 322.80 |
| Social Security | | | 242.49 | 1380.27 |
| Georgia State W/H(H/0) | | | 204.07 | 1155.22 |
| **Deductions** | | | | |
| Dental and Vision Deduction | | | 27.39 | 27.39 |
| Health Pre Tax | | | 267.12 | 267.12 |
| **Net Pay** | | | 2957.32 | 16849.23 Voucher No. 24779DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2957.32 | 16849.23 A/C:4748 |

---

Voucher No. 24779DD

VDART INC
11180 STATE BRIDGE RD
ALPHARETTA, GA   30022

DATE: 04/30/2021

Dept: 00100

**Net Pay:**                                                                                           2957.32

Two Thousand Nine Hundred Fifty Seven And 32/100 Dollars

DAVID LARMOUR
2690 SUWANEE LAKES TRAIL                                  **For Record Purposes Only**
SUWANEE, GA  30024                                        **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DAVID LARMOUR**

| | | |
|---|---|---|
| Pay Date: 04/15/2021 | Company: 0K359 - VDART INC | Emp #: A1GU |
| Period Start: 03/16/2021 | 11180 STATE BRIDGE RD SUITE 302 | Dept: 00100 - Home |
| Period End: 03/31/2021 | ALPHARETTA  GA  30022   (678) 685-8650 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 47.79 | 96.00 | 4587.84 | 18351.36 |
| **Gross** | | 96.00 | 4587.84 | 18351.36 |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 603.46 | 2104.43 |
| Medicare | | | 66.52 | 266.09 |
| Social Security | | | 284.44 | 1137.78 |
| Georgia State W/H(H/0) | | | 242.99 | 951.15 |
| **Deductions** | | | | |
| **Net Pay** | | | 3390.43 | 13891.91  Voucher No. 24694DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 3390.43 | 13891.91  A/C:4748 |

---

Voucher No. 24694DD

VDART INC
11180 STATE BRIDGE RD
ALPHARETTA, GA   30022

DATE: 04/15/2021

Dept: 00100

**Net Pay:**                                                                                     3390.43

Three Thousand Three Hundred Ninety And 43/100 Dollars

DAVID LARMOUR
2690 SUWANEE LAKES TRAIL
SUWANEE, GA   30024

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DAVID LARMOUR**

| | |
|---|---|
| Pay Date: 03/31/2021 | Company: 0K359 - VDART INC |
| Period Start: 03/01/2021 | 11180 STATE BRIDGE RD SUITE 302 |
| Period End: 03/15/2021 | ALPHARETTA  GA  30022    (678) 685-8650 |

Emp #: A1GU
Dept: 00100 - Home
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 47.79 | 88.00 | 4205.52 | 13763.52 |
| **Gross** | | 88.00 | 4205.52 | 13763.52 |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 515.21 | 1500.97 |
| Medicare | | | 60.98 | 199.57 |
| Social Security | | | 260.74 | 853.34 |
| Georgia State W/H(H/0) | | | 221.01 | 708.16 |
| **Deductions** | | | | |
| **Net Pay** | | | 3147.58 | 10501.48  Voucher No. 23465DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 3147.58 | 10501.48  A/C:4748 |

---

Voucher No. 23465DD

VDART INC
11180 STATE BRIDGE RD
ALPHARETTA, GA   30022

DATE: 03/31/2021

Dept: 00100

**Net Pay:**                                                                                    3147.58

Three Thousand One Hundred Forty Seven And 58/100 Dollars

DAVID LARMOUR
2690 SUWANEE LAKES TRAIL
SUWANEE, GA  30024

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DAVID LARMOUR**

| | |
|---|---|
| Pay Date: 03/15/2021 | Company: 0K359 - VDART INC |
| Period Start: 02/16/2021 | 11180 STATE BRIDGE RD SUITE 302 |
| Period End: 02/28/2021 | ALPHARETTA GA 30022    (678) 685-8650 |

Emp #: A1GU
Dept: 00100 - Home
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 47.79 | 72.00 | 3440.88 | 9558.00 |
| **Gross** | | 72.00 | 3440.88 | 9558.00 |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 346.99 | 985.76 |
| Medicare | | | 49.89 | 138.59 |
| Social Security | | | 213.34 | 592.60 |
| Georgia State W/H(H/0) | | | 177.04 | 487.15 |
| **Deductions** | | | | |
| **Net Pay** | | | 2653.62 | 7353.90  Voucher No. 23178DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2653.62 | 7353.90  A/C:4748 |

---

Voucher No. 23178DD

VDART INC
11180 STATE BRIDGE RD
ALPHARETTA, GA    30022

DATE: 03/15/2021

Dept: 00100

**Net Pay:**    2653.62

Two Thousand Six Hundred Fifty Three And 62/100 Dollars

DAVID LARMOUR
2690 SUWANEE LAKES TRAIL
SUWANEE, GA    30024

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DAVID LARMOUR**

| | |
|---|---|
| Pay Date: 02/26/2021 | Company: 0K359 - VDART INC |
| Period Start: 02/01/2021 | 11180 STATE BRIDGE RD SUITE 302 |
| Period End: 02/15/2021 | ALPHARETTA  GA  30022   (678) 685-8650 |

Emp #: A1GU
Dept: 00100 - Home
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 47.79 | 88.00 | 4205.52 | 6117.12 |
| **Gross** | | 88.00 | 4205.52 | 6117.12 |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 515.21 | 638.77 |
| Medicare | | | 60.98 | 88.70 |
| Social Security | | | 260.74 | 379.26 |
| Georgia State W/H(H/0) | | | 221.01 | 310.11 |
| **Deductions** | | | | |
| **Net Pay** | | | 3147.58 | 4700.28  Voucher No. 23012DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 3147.58 | 4700.28  A/C:4748 |

---

Voucher No. 23012DD

VDART INC
11180 STATE BRIDGE RD
ALPHARETTA, GA   30022

DATE: 02/26/2021

Dept: 00100

**Net Pay:**                                                              3147.58

Three Thousand One Hundred Forty Seven And 58/100 Dollars

DAVID LARMOUR
2690 SUWANEE LAKES TRAIL
SUWANEE, GA  30024

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement                                                                                         DAVID LARMOUR

| | | | | |
|---|---|---|---|---|
| Pay Date: | 02/12/2021 | Company: 0K359 - VDART INC | | Emp #: A1GU |
| Period Start: | 01/16/2021 | 11180 STATE BRIDGE RD SUITE 302 | | Dept: 00100 - Home |
| Period End: | 01/31/2021 | ALPHARETTA  GA  30022   (678) 685-8650 | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 47.79 | 40.00 | 1911.60 | 1911.60 |
| **Gross** | | 40.00 | 1911.60 | 1911.60 |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 123.56 | 123.56 |
| Medicare | | | 27.72 | 27.72 |
| Social Security | | | 118.52 | 118.52 |
| Georgia State W/H(H/0) | | | 89.10 | 89.10 |
| **Deductions** | | | | |
| **Net Pay** | | | **1552.70** | **1552.70** Voucher No. 22806DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1552.70 | 1552.70 A/C:4748 |

---

Voucher No. 22806DD

VDART INC
11180 STATE BRIDGE RD
ALPHARETTA, GA   30022

DATE: 02/12/2021

Dept: 00100

**Net Pay:**                                                                                                                1552.70

One Thousand Five Hundred Fifty Two And 70/100 Dollars

DAVID LARMOUR
2690 SUWANEE LAKES TRAIL
SUWANEE, GA  30024

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***