**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 21-52816-PWB |
| | * | |
| DAVID WAYNE LARMOUR, | * | CHAPTER 7 |
| | * | |
| DEBTOR. | * | |
| | * | |

### WITHDRAWAL OF TRUSTEE'S NO DISTRIBUTION REPORT

I, Jordan E. Lubin, the Chapter 7 Trustee in the above-referenced case, hereby withdraw the *Trustee's No Distribution Report* filed electronically on June 14, 2021. The Trustee is investigating the possibility of assets.

This 14th day of June, 2021.

/s/ Jordan E. Lubin
Jordan E. Lubin
Chapter 7 Trustee
Georgia Bar No. 460639

8325 Dunwoody Place, Building 2
Atlanta, Georgia 30350
770.424.8281
jordan.lubin@laslawgroup.com